PAUL J. FISHMAN
United States Attorney
RANDALL H. COOK
Assistant U.S. Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Telephone: 973 297-2064
Fax: 973 645-2857
randall.cook@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JOSE NIETO<br><br>Defendant,<br><br>and<br><br>Maria Angeles and Miguel A. Hernandez<br><br>Sureties. | Hon. Dennis M. Cavanaugh<br><br>Criminal No. 04-679<br><br>Bond Forfeiture Judgment |

This matter having been opened to the Court by PAUL J. FISHMAN, Assistant States Attorney for the District of New Jersey, (Randall H. Cook, Assistant U.S. Attorney), on a Notice of Motion for Bond Forfeiture Judgment; and good cause having been shown, pursuant to Rule 46, Federal rules of Criminal Procedure,

IT IS on this 13th day of MARCH 2012

ORDERED that the United States of America have and recover from defendant, Jose Nieto and sureties, Maria Angeles and Miguel A. Hernandez jointly and severally, judgment in the amount of

$5,000, with interest thereon at the legal rate as provided by law.

IT IS FURTHER ORDERED that the Clerk of the Court shall turnover to the United States of America the amount of $5,000 deposited as security for the bond.

HON. DENNIS M. CAVANAUGH
United States District Court Judge